UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and all others similarly situated,

                Plaintiff,

      -against-

DESE ENTERPRISE, INC.,

                Defendant.

**ORDER**

22 Civ. 4137 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint in this Americans with Disabilities Act case was filed on May 20, 2022. (Cmplt. (Dkt. No. 1))  On May 23, 2022, this case was referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial supervision. (Dkt. No. 5)  Defendant was served on July 5, 2022. (Exctd. Smns. (Dkt. No. 6))  To date, no answer has been filed and no appearance has been entered for Defendant.

        Accordingly, Plaintiff will move for a default judgment by **November 11, 2022**, in accordance with this Court's individual rules.  If Plaintiff does not move for a default judgment by November 11, 2022, this case will be dismissed for failure to prosecute.

Dated: New York, New York
       November 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge