UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA MADDY, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br>-against-<br><br>DESE ENTERPRISE, INC.<br><br>      Defendant. | Case No.  1:22-cv-4137<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

  Dated:  Forest Hills, New York
        January 3, 2023

                  Respectfully Submitted,

               **/s/ Mars Khaimov**
            By: Mars Khaimov, Esq.
               108-26 64th avenue, Second Floor
               Forest Hills, New York 11375
               Tel (929) 324-0717
               Fax (929) 333-7774
               Email: mars@khaimovlaw.com
               *Attorney for Plaintiff*